PROB 12C
(7/93)

Report Date:  June 13, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin          Case Number: 0980 2:13CR00116-TOR-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 1, 2013

| | | |
|---|---|---|
| Original Offense: | Mailing a Threatening Communication, 18 U.S.C. § 876(c) | |
| Original Sentence: | Prison - 1005 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | C. Andrew Colasurdo | Date Supervision Commenced: March 18, 2016 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 17, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2016 and 04/11/2016 and to ISSUE A WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On June 13, 2016, the undersigned officer was contacted by staff at Alcohol Drug Education Prevention and Treatment (ADEPT) who indicated that Mr. Franklin was being unsuccessfully discharged from inpatient treatment with American Behavioral Health Systems (ABHS) for threatening staff and clients, and for removing his medication from the medication cart and tripling his dose. Staff indicated that a police report had been filed in response to the threats made by Mr. Franklin. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Franklin, Scott Joseph**
**June 13, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 13, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[ X ]   Defendant to appear before the Judge assigned to the
case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

 June 13, 2016

Date