PROB 12C
(7/93)

Report Date: June 16, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Scott Joseph Franklin | Case Number: 0980 2:13CR00116-TOR-1 |

Address of Offender: Homeless, Spokane, Washington 99201

Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 1, 2013

| | | |
|---|---|---|
| Original Offense: | Mailing a Threatening Communication, 18 U.S.C. § 876(c) | |
| Original Sentence: | Prison - 1005 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | C. Andrew Colasurdo | Date Supervision Commenced: March 18, 2016 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 17, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2016, 04/11/2016 and 06/13/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On June 13, 2016, the undersigned officer received notification from staff at Alcohol Drug Education Prevention and Treatment (ADEPT), as well as American Behavioral Health Systems (ABHS), that Mr. Franklin was being unsuccessfully discharged from inpatient chemical dependency treatment with ABHS.  The details surrounding this discharge were reported to the Court in the petition dated June 13, 2016. During the discharge process, ABHS staff placed a call to the undersigned officer and allowed the undersigned officer to speak with Mr. Franklin.  Mr. Franklin was directed by the undersigned officer to report immediately to U.S. Probation to address the noncompliance. ABHS staff, at the request of the undersigned officer, also indicated they had provided Mr. Franklin with the same directive and reporting instructions.  As of the writing of this report, Mr. Franklin has failed to report to U.S. Probation as directed, and his current whereabouts are unknown. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 16, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 16, 2016

Date