PROB 12C
(6/16)

Report Date:  August 23, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin             Case Number: 0980 2:13CR00116-TOR-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Ancer L. Haggerty, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 1, 2013

Original Offense:        Mailing a Threatening Communication, 18 U.S.C. § 876(c)

Original Sentence:       Prison - 1005 days;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:    C. Andrew Colasurdo            Date Supervision Commenced: March 18, 2016

Defense Attorney:       Amy H. Rubin                   Date Supervision Expires: March 17, 2019

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2016, 04/11/2016, 6/13/2016, and 6/16/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On August 15, 2016, the U.S. Probation Office in Spokane received an automated notification that Mr. Franklin's name had been ran by the Spokane Police Department. Mr. Franklin was subsequently taken into custody as a result of the contact and a police report was requested. On August 22, 2016, the police report was received by U.S. Probation staff in Spokane.

According to the police report, on August 15, 2016, at approximately 0048 hours, Mr. Franklin was contacted in Mission Park by a Park Ranger. Mr. Franklin was identified as being in the park after hours and as a result his identifying information was ran, resulting in the arrest of Mr. Franklin for his outstanding federal warrant. Mr. Franklin, as a result of the contact and his exhibited behavior, was cited for criminal trespass in the 2nd degree, and turned over to the custody of the Spokane Police Department.  Criminal Trespass in the 2nd Degree is a violation of RCW 9A.52.080, and is a misdemeanor.

**Prob12C**
**Re: Franklin, Scott Joseph**
**August 23, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 23, 2016
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the
         case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

August 23, 2016
_____
Date