PROB 12C
(6/16)

Report Date: December 28, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin                Case Number: 0980 2:13CR00116-TOR-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Ancer L. Haggerty, Senior U.S. District Judge

Date of Original Sentence: October 1, 2013

| | | |
|---|---|---|
| Original Offense: | Mailing a Threatening Communication, 18 U.S.C. § 876(c) | |
| Original Sentence: | Prison - 1105 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(9/14/2016) | Prison - 6 months;<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: December 23, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: June 22, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1            **Standard Condition # 8**: The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells the defendant to report to a different probation office or within a different time frame.

**Supporting Evidence**: On December 23, 2016, Mr. Scott Franklin was scheduled to release from Bureau of Prisons' custody from the Federal Correctional Institute located in Sheridan, Oregon. On December 24, 2016, at 10:48 a.m., the U.S. Probation Office in Spokane, Washington, received a voice mail from the client in which he confirmed that he had released from Sheridan the day before, but had since lost his bus pass to get to Spokane. The client indicated that he was able to purchase a second ticket and was scheduled to leave Portland, Oregon, at 5 p.m. on December 24, 2016. Since receipt of this voice mail, no additional information has been received by the U.S. Probation Office in Spokane and as such, both Mr. Franklin's current whereabouts and his current status is unknown to U.S. Probation.

Prob12C
Re: Franklin, Scott Joseph
December 28, 2016
Page 2

2  **Special Condition # 19**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On December 23, 2016, Mr. Scott Franklin was scheduled to release from Bureau of Prisons' custody from the Federal Correctional Institute located in Sheridan, Oregon. Consistent with his conditions of supervised release as ordered by the Court, a referral for him to reside at the Spokane Residential Reentry Center (RRC) was submitted and subsequently approved beginning on December 23, 2016. Mr. Franklin had been previously directed by both his assigned Bureau of Prisons' counselor, as well as the undersigned officer, to report to this facility on December 23, 2016, and Mr. Franklin had agreed to do so. On December 23, and December 24, 2016, the undersigned officer received voice mails from Spokane RRC staff who indicated that the client had failed to report to the facility on December 23, 2016, as required. Mr. Franklin's bed date with the facility has since been rescinded.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 28, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

December 28, 2016 at 4:50 p.m.

Date