PROB 12C
(6/16)

Report Date: February 17, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin                Case Number: 0980 2:13CR00116-TOR-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Sentencing Judicial Officer:  The Honorable Ancer L. Haggerty, Senior U.S. District Judge

Date of Original Sentence: October 1, 2013

Original Offense:         Mailing a Threatening Communication, 18 U.S.C. § 876(c)

Original Sentence:        Prison - 1005 days;            Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation                Prison - 6 months;
Sentence:                 TSR - 30 months
(9/14/2016)

Asst. U.S. Attorney:      C. Andrew Colasurdo           Date Supervision Commenced: December 23, 2016

Defense Attorney:         John Stephen Roberts, Jr.     Date Supervision Expires: June 22, 2019

### PETITIONING THE COURT

**To request a WARRANT and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/28/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 19**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer.  The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On February 15, 2017, Mr. Franklin was transported to the Spokane Residential Reentry Center (RRC) by the undersigned officer. Mr. Franklin was provided clear directives on his requirement to remain at the facility and he indicated that he understood. On February 17, 2017, the undersigned officer received information from the assistant director of the Spokane RRC that Mr. Franklin had signed out of the facility at 10:15 p.m., on February 16, 2017, and had indicated that he would be taking the bus to Deaconess Hospital. At 2 a.m., Spokane RRC staff contacted Deaconess Hospital and |

Prob12C
**Re: Franklin, Scott Joseph**
**February 17, 2017**
**Page 2**

      learned that the client had never checked into the facility. Mr. Franklin has since been placed on abscond status with the Spokane RRC and has been unsuccessfully discharged from the program. Mr. Franklin's current whereabouts are unknown to the undersigned officer.

      I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 17, 2017 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

February 17, 2017
Date